UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEVON J. SCOLLARD,

     Plaintiff,

v.

STAFFORD CREEK CORRECTIONS CENTER, et al.,

     Defendants.

Case No. 3:22-cv-05851-TMC-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The remaining defendants' (Cheryl Strange, Ron Haynes, Barry Dehaven, Villalobos, Ivey, and Johnson's) motion for summary judgment (Dkt. 65) is GRANTED. The remaining retaliation claims against defendant Ivey are DISMISSED *with prejudice* and all other remaining claims in the action are DISMISSED *without prejudice*.

(3) As no claims remain in the case, the Clerk is directed to close the case.

(4) The Clerk shall provide copies of this order to plaintiff and to counsel for defendants.

Dated this 3rd day of October, 2024.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

Tiffany M. Cartwright
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2